USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/9/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LARISA IVANOVNA MARKUS, :
:
            Appellant, :
: 19-cv-10781 (LJL)
    -v- : 19-cv-09611 (LJL)
:
YURI VLADIMIROVICH ROZHKOV, : ORDER
:
            Appellee. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that, no later than March 11 at 5:00 p.m., counsel for Appellee shall file a letter not to exceed three pages on the following topics:

    (1) cases addressed to the question whether Federal Rule of Civil Procedure 37 sanctions are appropriate for failure to obey a Rule 45 subpoena or an order related to it;

    (2) caselaw and statutory or rule authority addressed to whether and when Federal Rule of Civil Procedure 45 applies in bankruptcy proceedings;

    (3) whether the Court may affirm all or a part (and if so which part) of either the Fees or the Sanctions Order on the alternative ground of Federal Rule of Civil Procedure 45(g).

Counsel for Appellant shall file an opposition letter by March 13, 2020 at 5:00 p.m. As suggested by the descriptions above, the letters should focus on citations to caselaw or statute or rules.

Dated: March 9, 2020
       New York, New York

                                                                 LEWIS J. LIMAN
                                                           United States District Judge