```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
:
LARISA IVANOVNA MARKUS,                                  :
:
                         Appellant,   :    19-cv-09611 (LJL)
    -v-                                                                    :
:    ORDER
:
:
YURI VLADIMIROVICH ROZHKOV,                       :
:
                         Appellee.     :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Appellant's motion for a stay pending appeal of the Court's April 3, 2020 decision to the Second Circuit and a TRO pending a hearing and determination of the motion for a stay. (Dkt. No. 36.)

      The motion is DENIED. The Court disagrees that its own decision is likely to be reversed on appeal, that Mr. Worms will suffer irreparable harm without a stay and TRO, that the Foreign Representative will suffer no prejudice if a stay and TRO is granted, and that a stay and TRO is in the public interest.

      The Clerk of Court is respectfully directed to close Dkt. No. 36.

      SO ORDERED.

Dated: May 1, 2020
       New York, New York                                    LEWIS J. LIMAN
                                                                   United States District Judge