**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

LARISA IVANOVNA MARKUS,                                    19-cv-09611(LJL)

                                   Appellant,

          -v-                                          **NOTICE**
                                                       **OF APPEAL**

YURI VLADIMIROVICH ROZHKOV,

                                   Appellees.

-------------------------------------------------------------x

          NOTICE is hereby given that Victor A. Worms, an aggrieved party in the above-captioned

action, hereby appeals to the United States Court of Appeals for the Second Circuit from all parts of

the Opinion & Order of this Court entered in this action on April 3, 2020 [ECF-26] (hereafter "District

Court's Decision") and the Judgment which was entered in this action on April 9, 2020 ECF-28]

which were made final, pursuant to 28 U.S.C. § 158(d), by the Memorandum Opinion And Order

Imposing Sanctions On Victor A. Worms, Esq. On Remand Based On Civil Contempt, dated August

3, 2020, of the United States Bankrutpcy Court for the Southern District of New York [Hon. Martin

Glenn] which was issued on the remand of the District Court's Decision (hereafter the "Remand

Decision") [ECF-41-3], and the District Court's Opinion and Order in the action entitled *Victor A.

Worms v. Yuri Vladimirovich Rozhkov*, Docket No. 20-cv-06422 (LJL) [ECF-14], dated September

9, 2021.

Dated: New York, New York
          September 16, 2021

                                        Law Offices of Victor A. Worms

                                        By:_____
                                               Victor A. Worms
                                        *Attorneys for debtor Larisa Markus*
                                        48 Wall Street, Suite 1100
                                        New York, New York 10005
                                        (212) 374-9590